# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KRISTEN GRIM** | : CIVIL ACTION |
| | : NO. 18-cv-2231-CFK |
| *Plaintiff,* | : |
| v. | : |
| | : |
| **MAY GRANT ASSOCIATES and** | : |
| **SUSQUEHANNA VALLEY WOMEN'S** | : |
| **HEALTHCARE, P.C.** | : |
| | : |
| *Defendants.* | : |

## ORDER

**AND NOW**, this 29TH day of **January 2019**, upon consideration of Defendants' Motion to Dismiss Counts V and VI of Plaintiff's Complaint (ECF No. 8), Plaintiff's Response thereto (ECF No. 10), and Defendants' Reply in support of their Motion to Dismiss (ECF No. 11), it is hereby **ORDERED** and **DECREED** that Defendants' Motion to Dismiss Counts V and VI of Plaintiff's Complaint (ECF No. 8) is **GRANTED**. Defendants shall file an answer to the remaining counts in Plaintiff's Complaint on or before February 14, 2019.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE

1